[No. 14085–3–II. Division Two. April 25, 1991.]

JEFFREY ALAN CARTER, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90–2–00266–3, Michael G. Spencer, J., entered June 29, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.

[No. 14138–8–II. Division Two. April 25, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EVERETT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 192671R0900, Paul M. Boyle, J. Pro Tem., entered June 4, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.

[No. 13469–1–II. Division Two. April 25, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY TARRENELLI, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89–1–02110–4, Thomas A. Swayze, Jr., J., entered November 28, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander and Morgan, JJ.